**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA**
1340 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

**DEC 1 4 2022**

M. Regina Thomas, Clerk
By: _____
Deputy Clerk

Nationstar Mortgage LLC
800 State Highway 121 Bypass
Lewisville, TX 75067

RE:   Case No.:   11-78206-pwb
**Andre Vatrece Marlin**

**NOTICE OF DEFICIENT FILING REGARDING
APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

An Application for Payment of Unclaimed Funds in the amount of *$2,436.22*, on behalf of *Nationstar Mortgage LLC as the service provider for Federal National Mortgage Association* was received on *December 8, 2021*. To complete the processing of this application, the following missing document(s) must be submitted:

☐ The application is not notarized.

☐ Proof of identity. A current unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes a current address.

☐ The payment address on the application does not match the address for payment on the AO-213P.

☐ The application does not give a complete history of ownership from the original claimant to the party requesting the funds. Sufficient documentation must be provided showing the establishment of ownership.

☐ There is no notarized statement of the signing representative's authority in the package.

☐ There is no proof of the signing representative's identity in the package.

☒ Vendor Form AO 213P. This form is utilized to provide proper information to facilitate the Electronic Fund Transfer (EFT) Payment. Please provide banking details

Once the missing document(s) have been received, the processing of this application can continue. If the deficiency stated above is not cured on or before *January 16, 2023*, the Petition for Payment of Unclaimed Funds may be denied.

For more information, please visit our website at www.ganb.uscourts.gov.

Dated *December 14, 2022*

M. Regina Thomas
Clerk of Court